FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 29 PM 3: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MCKINLEY PHIPPS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 06-0570** |
| **TIM WILKINSON, WARDEN** | * | **SECTION: "F"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of McKinley Phipps for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 29th day of MAY, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____